UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10558
    LUCILLE M LEBLANC

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-7672

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/13/2007 and was confirmed 09/12/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/20/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 8864.64 | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 540.59 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1328.58 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | SPECIAL CLASS | 5710.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 747.37 | .00 | .00 |
| GLENDALE HTS POLICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| LA CHAPELLE CREDIT SERVI | UNSECURED | 256.00 | .00 | .00 |
| MEDICAL SPECIALIST PHARM | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/99 | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 317.40 | .00 | .00 |
| ST FRANCIS HOSPITAL EVAN | UNSECURED | 2115.85 | .00 | .00 |

```
BARRY KREISLER           DEBTOR ATTY     2,900.00                    2,779.20
TOM VAUGHN               TRUSTEE                                       220.80
DEBTOR REFUND            REFUND                                           .00
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    3,000.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,779.20
TRUSTEE COMPENSATION                               220.80
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                     3,000.00              3,000.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

```